AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Floyd Ray Roseberry<br>DOB ███████ | ) Case: 1:21-mj-00573<br>) Assigned to: Judge Faruqui, Zia M.<br>) Assign Date: 8/20/2021<br>) Description: COMPLAINT W/ ARREST WARRANT<br>) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____08/19/2021_____ in the county of _____ in the
_____ District of _____Columbia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2332a(a)(2)(A) | Weapons of Mass Destruction |
| 18 U.S.C. § 844(e) | Explosives |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brandon Camiliere, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
**Telephone**_____ (specify reliable electronic means).

Date: _____08/20/2021_____

_____
*Judge's signature*

City and state: _____Washington, DC_____

U.S. Magistrate Judge Zia M. Faruqui
*Printed name and title*