AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

RECEIVED AUG 20 '21
U.S. MARSHAL-DC PM2:20

United States of America
v.
Floyd Ray Roseberry

)
)
)
)
)
)

Case: 1:21-mj-00573
Assigned to: Judge Faruqui, Zia M.
Assign Date: 8/20/2021
Description: COMPLAINT W/ ARREST WARRANT

Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Floyd Ray Roseberry                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 2332a(a)(2)(A) and 18 U.S.C. § 844(e)

Date: 08/20/2021

2021.08.20
13:32:44 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.          United States Magistrate Judge Zia M. Faruqui
*Printed name and title*

### Return

This warrant was received on *(date)* 8/20/21, and the person was arrested on *(date)* 8/20/21
at *(city and state)* Washington DC.

Date: 8/20/21

*Arresting officer's signature*

Alex Adkins DUSM
*Printed name and title*