# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No.: 21-mj-00573-ZMF |
| : | |
| FLOYD RAY ROSEBERRY, : | |
| : | |
| : | |
| Defendant., : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Christopher Tortorice is entering his appearance in the above-captioned matter.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

Dated: August 25, 2021

By: /s/ Christopher Tortorice

Christopher Tortorice
Assistant United States Attorney
Texas Bar No. 24048912
555 4th Street, NW, 11TH Floor
Washington, D.C. 20530
(202) 252-7155
Christopher.Tortorice@usdoj.gov