IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on May 25, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | ~~Grand Jury Original~~ 21-MJ-573 |
| | : | |
| FLOYD RAY ROSEBERRY, | : | VIOLATIONS: |
| | : | |
| Defendant. | : | 18 U.S.C. § 2332a(a)(2)(A) & (C) |
| | : | (Use of Weapons of Mass Destruction) |
| | : | 18 U.S.C. § 844(e) |
| | : | (Threats to Use Explosive Materials) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about August 19, 2021, in the District of Columbia, the defendant, Floyd Ray Roseberry, acting without lawful authority, did knowingly threaten to use a weapon of mass destruction, specifically, a destructive device as defined by Title 18, United States Code, Section 921, against any property that was owned, leased, and used by the United States and by a department or agency of the United States, and against any person or property within the United States; and a facility of interstate and foreign commerce was used in furtherance of the offense, and Floyd Ray Roseberry traveled in and caused another to travel in interstate commerce in furtherance of the offense.

1

**(Use of Weapons of Mass Destruction**, in violation of Title 18, United States Code, Sections 2332a(a)(2)(A) & (C))

## COUNT TWO

On or about August 19, 2021, in the District of Columbia, the defendant, Floyd Ray Roseberry, through the use of an instrument of interstate or foreign commerce, to wit, the internet, willfully threatened and maliciously conveyed false information, knowing the same to be false, concerning an attempt and alleged attempt being made to damage or destroy a building, by means of fire and an explosive, in and affecting interstate commerce.

**(Threats to Use Explosive Materials**, in violation of Title 18, United States Code, Section 844(e))

A TRUE BILL


FOREPERSON

CHANNING D. PHILLIPS
ACTING ATTORNEY OF THE UNITED STATES OF
AND FOR THE DISTRICT OF COLUMBIA