UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

      v.                       :         21-CR-0576 (RC)

FLOYD RAY ROSEBERRY     :

## NOTICE OF FILING

Undersigned counsel respectfully submits this notice of filing of the attachments that counsel inadvertently failed to file with Defendant's Reply to Government's Reply in Opposition to Defendant's Motion to Reconsider Order of Detention and Impose Conditions of Release, ECF No. 15. These are: (1) the government's unofficial transcripts of the statements Mr. Roseberry made while livestreaming on Facebook (referred to as "Tr." in the Reply), and (2) the Federal Bureau of Investigation analysis of the can Mr. Roseberry was holding at the time of the charged offenses.

                                             Respectfully submitted,

                                             A. J. KRAMER
                                             FEDERAL PUBLIC DEFENDER

                                                /s/

                                             MARY MANNING PETRAS
                                             Assistant Federal Public Defender
                                             625 Indiana Avenue, N.W.
                                             Washington, D.C.  20004
                                             (202) 208-7500