UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :

           v.                                  :           21-CR-0576 (RC)

FLOYD RAY ROSEBERRY           :

### UNOPPOSED MOTION FOR LEAVE TO
### PRESENT SUPPLEMENTAL EVIDENCE AT HEARING

      Pending before this Honorable Court is Mr. Floyd Ray Roseberry's Motion to Reconsider Order of Detention and Impose Conditions of Release, ECF No. 13. At a hearing on August 1, 2022, the Court suggested that undersigned counsel provide additional evidence regarding Mr. Roseberry's mental health and the effects of the misprescribed medications that he was taking at the time of the charged offenses. As previously noted, in a forensic report filed on September 20, 2022, the court-appointed forensic examiner, Teresa Grant, Ph.D., stated that at the time of the offense, Mr. Roseberry was on medications that were contraindicated for persons with his diagnosis. Undersigned counsel spoke with Dr. Grant again on August 2, 2022. Due to time constraints and other commitments, Dr. Grant will not be able to submit a written supplement prior to the video hearing in this matter scheduled for August 8, 2022. However, Dr. Grant would be available to appear at the hearing to orally provide supplemental information and answer any questions the Court may have. The government has no objection to Dr. Grant appearing at the hearing and presenting supplemental information.

      WHERFORE, for the foregoing reasons, counsel requests leave to present the supplemental testimony orally at the August 8, 2022 hearing and requests permission to share the Zoom link for the hearing with Dr. Grant.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

      /s/

MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C.  20004
(202) 208-7500