UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :

       v.  :  21-CR-0576 (RC)

FLOYD RAY ROSEBERRY  :

**ORDER**

Upon consideration of Defendant's Unopposed Motion for Leave to Present Supplemental Evidence at Hearing, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Dr. Teresa Grant may appear by video at the hearing scheduled for August 8, 2022 at 11 a.m.

_____
THE HONORABLE RUDOLPH CONTRERAS