UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :

       v.     :     21-CR-0576 (RC)

FLOYD RAY ROSEBERRY     :

## UNOPPOSED MOTION TO MODIFY CONDITION OF RELEASE

Mr. Floyd Ray Roseberry, through undersigned counsel, respectfully moves this Honorable Court to modify one of the conditions of his release by eliminating the requirement that his wife accompany him when he visits the Southern Carp Lake. In support of this request, counsel submits:

(1) On August 19, 2022, the Court ordered Mr. Roseberry released with the restriction that he remain in his residence or on his property. Mr. Roseberry has maintained full compliance with the conditions of his release.

(2) At a status hearing on November 30, 2022, Mr. Roseberry requested permission to periodically visit a nearby fishing lake, Southern Carp Lake, and the Court issued a Minute Order permitting him to visit the lake "while accompanied by his wife."

(3) Because the lake is very near his property, his supervising officer in North Carolina was able to set his GPS monitor zone to include the lake.

(4) Mr. Roseberry's wife does not enjoy fishing and works full-time, but is willing to go to the lake with him, if he cannot go without her. However, counsel has communicated with Mr. Roseberry's supervising officer in North Carolina, who indicated that Mr. Roseberry is doing very well on supervision, and he has no objection to Mr. Roseberry going to the lake

without his wife.

(5)  The D.C. Pretrial Service office and the government also have no objection to Mr. Roseberry visiting the lake without his wife.

WHEREFORE, for the foregoing reasons, Mr. Roseberry respectfully requests that the Court modify his conditions of release to remove the condition that his wife accompany him when he visits Southern Carp Lake.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C.  20004
(202) 208-7500