# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 21-CR-0576 (RC) |
| **FLOYD RAY ROSEBERRY** | : | |

## ORDER

Upon consideration of Defendant's Unopposed Motion to Modify Conditions of Release, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Mr. Roseberry is permitted to visit Southern Carp Lake for fishing and recreational activities, and it is not a requirement that his wife accompany him.

_____
THE HONORABLE RUDOLPH CONTRERAS