## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No: 1:21-cr-00576 (RC) |
|  | : |  |
|  | : |  |
|  | : | **18 U.S.C. § 844(e)** |
|  | : | **(Threats in Interstate Commerce)** |
| v. | : |  |
|  | : |  |
| FLOYD RAY ROSEBERRY | : |  |
|  | : |  |
| Defendant. | : |  |
|  | : |  |

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, Floyd Ray Roseberry, with the concurrence of his attorney, agree and stipulate to the below factual basis for Defendant's guilty plea. If this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

1.      On August 18, 2021, Floyd Ray Roseberry ("Roseberry" or "defendant") left his home in Grover, North Carolina and travelled to Washington D.C. At approximately 9:45 a.m. on August 19, Defendant drove his truck onto the sidewalk at First Street and Independence Avenue, Northeast, in Washington, D.C., adjacent to the Jefferson Building of the Library of Congress[1]. While in the truck, Defendant live broadcast from his Facebook account, making

---

[1]     The Library of Congress is property that is owned, leased, and used by the United States and by a department or agency of the United States.

various threats.[2] Defendant travelled in interstate commerce for the purpose of making these threats, and the threats were broadcast on his Facebook account without lawful authority.

2.      Defendant stated that he was upset about the 2020 election results, and further demanded that President Biden resign from office. Roseberry demanded to speak to President Biden about several grievances.  Defendant claimed to have an ammonium nitrate and/or a Tannerite[3] bomb in the toolbox of this truck.  Roseberry stated that the explosive device was engineered such that any loud sound would cause it to detonate and destroy two and a half blocks, which would encompass the Library of Congress, as well as other buildings owned or leased by the United States.  Defendant further claimed that he was one of five individuals in Washington, D.C. with bombs.[4]  Roseberry can be seen on the Facebook videos holding a small metal keg with a puddy like substance on top and holding what appeared to be a trigger.  The metal keg was later analyzed by the FBI and determined to have a small quantity of smokeless black powder at the bottom, but was incapable of detonating with the trigger Roseberry was holding, or by an acoustic mechanism as Roseberry described in the Facebook Live videos.

3.      Defendant made numerous claims on his Facebook Live broadcast that he had an explosive device.  For example:

    a.   "They need to clear that 'cause I got a bomb in here."

    b.   "Sir, this thing here, all I'm doing, I'm not gonna' let this bomb go off, but if these windows break, see that little speaker right there, it sets off on decimals.[5]

---

[2]      The parties are both aware of the specific Facebook account, but it is being withheld from this Statement of Offense because it constitutes personally identifiable information (PII).
[3]      Tannerite is a brand of binary explosive used for firearms practice and sold in kit form. The explosive material is comprised of a combination of aluminum powder and ammonium nitrate, and is supplied as two separate components to be mixed by the user.

[4]      In his post-arrest interview, Roseberry admitted there were no other conspirators and that he had only said that because he believed that would cause law enforcement to refrain from using lethal force against him.
[5] Based on the context, Defendant likely meant "decibels," rather than "decimals."

Clear the block, clear the block. Joe Biden I'm not hurting nobody, but I think these flags need to go to half-staff brotha'. I'm telling you, my windows pop, this bomb is gonna go, it's made for decimals. Your military experts, that you let get their legs blown off, are the ones that built this and if you don't think its real gun powder in there boss man, there's gun powder in there this is some of the strongest shit you can get. I got two and a half pound of Tannerite. Go ahead and get 'em all in the building, but I'm telling you Biden, if these windows pop this bomb goes and there's five of 'em here."

c. And before you go crackin' any pop on me, you better get your military experts out, ask them m************ what a 7-pound keg of gun powder will do with 2.5 pound of Tannerite on that m***********."

d. "If you want to shoot me and take the chance of blowing up two-and-a-half city blocks, 'cause that toolbox is full, ammonium nitrate is full."

4.        President Biden was the victim of the threat. In his recorded Facebook videos, Defendant referenced President Biden nearly 40 times, specifically threatening the President that he would damage buildings in and around the U.S. Capitol if the President and House Speaker Nancy Pelosi did not meet his demands and resign from office, including:

a. "I love this land. I love God. I love you, Joe Biden. I love you, Nancy Pelosi. Y'all need to step down.  Y'all need to step down quickly cause I'm one of 5 that's rolled into this state well this little DC."

b. "Joe Biden you don't f****** believe nothing man but this number's on you. I called your office, I called you 911 and they think it's a f****** joke but I'm telling you bud, the South's here. These five of us spread across your little DC part here. I've done asked the people to clear the area. And the m************ won't. They're still here. It's real. I'm not pulling the trigger, you are."

c. "You step down out of office, I'll step down out of this truck.  You go home, I'll go to federal prison."

d.  "This bloods on your hands Joe Biden.  We can make a deal, we can make a deal."

5.  After a standoff lasting approximately four hours, Roseberry surrendered to law enforcement and was taken into custody.

6.  Roseberry's threats caused substantial disruption of public, governmental, or business functions or services by causing street closures and the evacuation of governmental buildings.  Due to the threats, several nearby buildings were evacuated, including the Cannon House Office Building, the Library of Congress – the Thomas Jefferson Building and the James Madison Building – and the United States Supreme Court.  All other buildings in the U.S. Capitol Complex entered a shelter-in-place status, including the U.S. Capitol Building itself. Further, the threat forced all vehicular and pedestrian traffic to be diverted away from the Capitol Complex area for approximately seven hours.

7.  President Joe Biden, House Speaker Nancy Pelosi and government employees in the buildings in his immediate vicinity were the intended victims of his treats.

8.  The evidence offered in the statement of facts is offered to support the plea and does not include all facts known to the parties.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By  _____

Christopher T. Tortorice
Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, Floyd Ray Roseberry, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 1-27-2023

Floyd Ray Roseberry
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 1/27/2023

Mary Petras
Attorney for Defendant