# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.:  21-576 (RC) |
| | : | |
| FLOYD RAY ROSEBERRY, | : | |
| | : | |
| Defendant. | : | |

## ORDER MODIFYING DEFENDANT'S CONDITIONS OF RELEASE

At the hearing on January 27, 2023, Defendant requested modification of his conditions of release to: (1) travel with his wife to her doctor's appointments; and (2) travel with his wife to Tennessee from February 22, 2023 through February 26, 2023 to visit his mother-in-law.  The government and Probation Office do not oppose this request.

Accordingly, the Order Setting Conditions of Release, ECF No. 19, shall be modified in relevant part as follows:

> Defendant is restricted to 24-hour-a-day lockdown at his residence, including the entire perimeter of his property, except for fishing and recreational activities at Southern Carp Lake near his residence, accompanying his wife to her doctor's appointments, and medical necessities and court appearances or other activities specifically approved by the court.  Defendant is also given permission to travel with his wife to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ from February 22, 2023 through February 26, 2023 to visit his mother-in-law.  Defendant's curfew shall be temporarily suspended from February 22, 2023 through February 26, 2023.

**SO ORDERED**.

Dated:  February 1, 2023                                                                       RUDOLPH CONTRERAS
                                                                                                                   United States District Judge