# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | 1:21-cr-576 |
| : | |
| **FLOYD RAY ROSEBERRY** : | |
| Defendant.   : | |

## GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE

The United States of America hereby respectfully moves the Court to continue the sentencing in the above captioned case, which is currently set for June 15, 2023 at 10:00 a.m.

Counsel for the government is in a jury trial in United States v. Trabelsi (Crim. No.: 06-89) before Judge Moss. The trial, which began on May 8, is expected to last up to 7 weeks.

Counsel for the government has conferred with counsel for Mr. Roseberry, and the defendant has no objection to this motion. The government seeks a continuance of 45 days, which will account for the possibility that the trial will last more than 7 weeks and give the parties ample time to file sentencing memoranda. Counsel for Mr. Roseberry expressed to the government a preference that sentencing be set on a Friday to accommodate Mr. Roseberry's wife's work schedule.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/*Christopher Tortorice*
Christopher T. Tortorice
Assistant United States Attorney
Texas Bar No. 24048912
601 D. Street NW 5-138
Washington, DC  20530
Christopher.Tortorice@usdoj.gov
(202) 252-7155