UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

      v.                   :         21-CR-0576 (RC)

**FLOYD RAY ROSEBERRY**     :

### UNOPPOSED MOTION TO MODIFY CONDITION OF RELEASE

Mr. Floyd Ray Roseberry, through undersigned counsel, respectfully moves this Honorable Court to modify the conditions of his release. Specifically, he requests that the Court eliminate the home detention requirement and instead impose standalone GPS monitoring, with a curfew, requiring him to remain at home on his property from 11 p.m. to 6 a.m., unless fishing at Southern Carp Lake (as previously approved). In support of this request, counsel submits:

1. On August 10, 2022, the Court ordered Mr. Roseberry released with the restriction that he remain in his residence or on his property. The Court has permitted limited exceptions, including permitting him to accompany his wife on her medical appointments and permitting him to fish at Southern Carp Lake.

2. Mr. Roseberry has maintained full compliance with the conditions of his release.

3. Mr. Roseberry's wife has been diagnosed with a serious medical condition. The Court has permitted him to accompany her to her medical appointments, but recently she needs additional assistance with other errands. Mr. Roseberry is seeking modification of his conditions of release to give him the flexibility to help her.

4. This matter was scheduled for sentencing on June 15, 2023, but was continued to August 18, 2023, due to government counsel's trial schedule.

5.  Undersigned counsel has contacted government counsel, who represented that the government has no opposition to modifying the conditions of Mr. Roseberry's release to eliminate the home detention requirement and substitute standalone GPS monitoring with a curfew.

WHEREFORE, for the foregoing reasons, Mr. Roseberry respectfully requests that the Court modify his conditions of release to remove the home detention requirement and impose standalone GPS monitoring, with a curfew, requiring him to remain on his property from 11 p.m. to 6 a.m., unless fishing at Southern Carp Lake.

                Respectfully submitted,

                A. J. KRAMER
                FEDERAL PUBLIC DEFENDER

                      /s/

                MARY MANNING PETRAS
                Assistant Federal Public Defender
                625 Indiana Avenue, N.W.
                Washington, D.C.  20004
                (202) 208-7500