UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA** :

      v.                      :        21-CR-0576 (RC)

**FLOYD RAY ROSEBERRY**    :

## **ORDER**

Upon consideration of Defendant's Unopposed Motion to Modify Conditions of Release, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the condition of pretrial release requiring home detention is vacated; and it is further

ORDERED that Mr. Roseberry shall be monitored by standalone GPS monitoring, with a curfew of 11 p.m. to 6 a.m., during which time he shall remain on his property, unless fishing at Southern Carp Lake.

                                                         _____
                                                         THE HONORABLE RUDOLPH CONTRERAS