**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.:  21-576 (RC) |
| | : | |
| FLOYD RAY ROSEBERRY, | : | Re Document No.:    36 |
| | : | |
| Defendant. | : | |

**ORDER MODIFYING DEFENDANT'S CONDITIONS OF RELEASE**

On June 22, 2023, Defendant Mr. Roseberry moved to modify his conditions of release, requesting that: (1) the condition of pretrial release requiring home detention is vacated and (2) that he instead shall be monitored by standalone GPS monitoring, with a curfew at 11 p.m. to 6 a.m., during which time he shall remain on his property, unless fishing at Southern Carp Lake. *See* Unopposed Motion to Modify Condition of Release, ECF No. 36.  The government and Probation Office do not oppose the motion.

Accordingly, the Order Setting Conditions of Release, ECF No. 19, shall be modified in relevant part as follows:

Defendant is no longer subject to the condition of pretrial release requiring home detention.  Defendant shall be monitored by standalone GPS monitoring.  Defendant shall have a curfew of 11 p.m. to 6 a.m., during which time he shall remain on his property, unless fishing at Southern Carp Lake.  All other terms of supervision remain unchanged and continue to apply.

**SO ORDERED**.

Dated:  June 23, 2023                                                                    RUDOLPH CONTRERAS
                                                                                                         United States District Judge