UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

    v.　　　　　　　　　:　　　21-CR-0576 (RC)

FLOYD RAY ROSEBERRY　　　:

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Mr. Floyd Ray Roseberry, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing hearing from August 18, 2023 to September 15, 2023. In support of this request, counsel submits that additional time is need to obtain evidence in support of a motion for a downward departure based on diminished capacity.  Specifically, additional time is needed for the defense expert to prepare a report, and for the defense to submit the report to the government and the Court. Government counsel has no objection to this request, and both parties are available for a sentencing hearing on September 15, 2023. The parties also request that the Court modify the schedule for filing sentencing memorandums, allowing the parties to file memorandums on September 1, 2023, and responses on September 8, 2023.

                          Respectfully submitted,

                          A. J. KRAMER
                          FEDERAL PUBLIC DEFENDER

                              /s/

                          MARY MANNING PETRAS
                          Assistant Federal Public Defender
                          625 Indiana Avenue, N.W.
                          Washington, D.C.  20004
                          (202) 208-7500